IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:12-cr-00210-JAM |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| JEFFREY SCOTT RANSLOW, | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his or her financial inability to employ counsel or has otherwise satisfied this Court that he or she is financially unable to obtain counsel and wishes counsel be appointed to represent him or her on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Toni White is appointed to represent the above defendant in this case effective *nunc pro tunc* to April 19, 2021, substituting the Federal Defenders Office appointed per G.O. 595.

This appointment shall remain in effect until further order of this court.

DATED: May 10, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

-1-