TONI WHITE (SBN 210119)
PO Box 1081
El Dorado, CA 95623
Tel:    (530) 885-6244

Attorney for defendant
JEFF RANSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 2:12-CR-00210 JAM |
| | ) | |
| Plaintiff, | ) | UNOPPOSED REQUEST FOR |
| | ) | EXTENSION OF TIME; ORDER |
| v. | ) | |
| | ) | |
| JEFFREY SCOTT RANSLOW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Defendant-movant JEFFREY RANSLOW, by and through his counsel, TONI WHITE,

requests an extension of time to June 14, 2021, to file his reply to the Government's opposition to

his motion for a reduction in sentence. The current deadline for filing of a reply is May 31, 2021.

This request is unopposed and is supported by the following:

1. Defendant-movant JEFFREY RANSLOW filed a pro se motion for reduction in sentence on
   March 25, 2021. (ECF No. 78).

2. The Federal Defender was initially appointed and the case was later assigned to panel
   counsel TONI WHITE due to a conflict. Panel counsel TONI WHITE was appointed on
   May 11, 2021. (ECF No. 95).

3. At the time that new counsel was appointed, the Federal Defender's Office was in the
   process of receiving Mr. Ranslow's records. Additional records have been received and new
   defense counsel is currently reviewing them.

4. Additional time is needed to permit newly appointed defense counsel to complete record review and draft the reply brief.

5. Counsel for the Government, JASON HITT, has no opposition to an extension of time based on these facts.

Dated: May 26, 2021                    /S/ TONI WHITE
                                       Toni White
                                       Attorney for Defendant
                                       Jeff Ranslow

## FINDINGS AND ORDER

Good cause shown, the Court grants the extension requested. Defendant shall file his reply on or before June 14, 2021.

IT IS SO FOUND AND ORDERED this 27th day of May, 2021.


                                       /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE