TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
JEFFREY RANSLOW

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY RANSLOW<br><br>    Defendant | No. 2:12-CR-0210 JAM<br><br>ORDER SEALING DEFENDANT'S REQUEST TO SEAL AND EXHIBITS A THROUGH E TO DEFENDANT'S REPLY AND SUPPLEMENTAL COMPASSIONATE RELEASE MOTION |

    Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Jeffrey Ranslow, IT IS HEREBY ORDERED that Defendant's Request to Seal and Exhibits A through E to Defendant's Reply and Supplemental Compassionate Release Motion filed as ECF DOC Number 98 shall be SEALED until further order of this Court.

DATED:  June 17, 2021            /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE